UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FILED
JUL 1 4 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 2:22-mj-154 |
| v. | ) | |
| | ) | |
| Si LIU | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of <u>July 14, 2022, in</u> the city of Norfolk, in the <u>Eastern District of Virginia,</u> the defendant(s) violated:

*Code Section*                 *Offense Description*

18 U.S.C. § 371           Interstate and Foreign Travel
18 U.S.C. §§ 1952(a)(3)(A) and 2     Transportation in Aid of Racketeering Enterprise

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

Reviewed by AUSA/SAUSA:

/s/
*Megan M. Montoya*
*Assistant United States Attorney*

/s/
*Matthew Heck*
*Assistant United States Attorney*

HSI SA John Robert Thomas
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 14, 2020

*Judge's signature*

City and state:     Norfolk, Virginia     Lawrence R. Leonard Magistrate Judge
*Printed name and title*