Redacted

JS 45 (11/2002)
**Criminal Case Cover Sheet**                                                                              **U.S. District Court**

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Criminal Complaint: | | Criminal Number: 2:22-cr- 108 |
| County/Parish: | Same Defendant: | | New Defendant: |
| | Magistrate Judge Case Number: | | Arraignment Date: 8/22/2022 @2:30pm |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI#
Defendant Name: Yang Gao              Alias Name(s):
Address:
Birth Date: ▓▓▓   SS#: ▓▓▓   Sex:   Race:   Nationality:   Place of Birth:
Height: 6' 0"   Weight:   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☒ No ☐   List Language and/or dialect: Mandarin

**Location Status:**

| Arrest Date: | |
|---|---|
| ☒ Already in Federal Custody as of: 7/18/2022        in: WTRJ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: Diane Toscano | ☐ Court Appointed |
|---|---|
| Address 1244 Perimeter Pkwy Suite 443 Virginia Beach, Va. 23454 | ☒ Retained |
| Telephone: 757-821-7972 | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Megan Montoya | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

HSI / SA John Robert Thomas 200 Granby Street Suite 600 Norfolk, VA. 23510

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Interstate and Foreign Travel | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1952 (a)(3) and 2 | Use of Facilities in Interstate Commerce to Promote Prostitution | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(a)(1) | Conspiracy to Commit Money Laundering | 3 | Felony |
| Set 4 | 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery | 4 | Felony |
| Set 5 | 18 U.S.C. §§ 924(d)(1) 981(a)(1)(C), and 982 (a)(1); 28 U.S.C. §2461(c) | Criminal Forfeiture | | |

JS 45 (11/2002)             Redacted

**Criminal Case Cover Sheet**          **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: 2:22-cr- 108 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: 8/22/2022@ 2:30pm |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI#

Defendant Name: Ye Wang      Alias Name(s):

Address:

Birth Date: [redacted]   Sex:   Race:   Nationality:   Place of Birth:

Height: 6' 0"   Weight:   Hair:   Eyes:   Scars/Tattoos:

Interpreter: Yes ☒ No ☐    List Language and/or dialect: Mandarin

**Location Status:**

Arrest Date:

☒ Already in Federal Custody as of: 7/18/2022 in: WTRJ .

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

| Name: Brian Latuga | ☐ Court Appointed |
|---|---|
| Address: 200 Bendix Road<br>Va. Beach, VA. 23452 | ☒ Retained |
| Telephone: 757-497-6633 | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Megan Montoya | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

HSI / SA John Robert Thomas 200 Granby Street Suite 600 Norfolk, VA. 23510

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Interstate and Foreign Travel | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1952 (a)(3) and 2 | Use of Facilities in Interstate Commerce to Promote Prostitution | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(a)(1) | Conspiracy to Commit Money Laundering | 3 | Felony |
| Set 4 | 18 U.S.C.§ 1951 (a) | Interference with Commerce by Robbery | 4 | Felony |
| Set 5 | 18 U.S.C. §§ 924(d)(1) 981(a)(1)(C), and 982 (a)(1); 28 U.S.C.§2461(c) | Criminal Forfeiture | | |

Redacted

JS 45 (11/2002)

| Criminal Case Cover Sheet | | U.S. District Court |
|---|---|---|
| **Place of Offense:** | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
| City: EDVA | Criminal Complaint: | Criminal Number: 2:22-cr- 108 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: 8/22/2022 @ 2:30pm |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# | | | | |
|---|---|---|---|---|---|
| Defendant Name: Si Liu | | | Alias Name(s): | | |
| Address: | | | | | |
| Birth Date: ▇▇▇ | SS#: ▇▇▇ | Sex: | Race: | Nationality: | Place of Birth: |
| Height: 6' 0" | Weight: | Hair: | Eyes: | | Scars/Tattoos: |
| Interpreter: Yes ☒ No ☐ | | List Language and/or dialect: Mandarin | | | |

**Location Status:**

| Arrest Date: | |
|---|---|
| ☒ Already in Federal Custody as of: 7/18/2022 in: WTRJ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: James Broccoletti | ☐ Court Appointed |
|---|---|
| Address: 6663 Stoney Point S. Norfolk, Va. 23502 | ☐ Retained |
| Telephone: 757-932-3457 | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Megan Montoya | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

| HSI / SA John Robert Thomas 200 Granby Street Suite 600 Norfolk, VA. 23510 |
|---|

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Interstate and Foreign Travel | 1 | Felony |
| Set 2 | 18 U.S.C. § 1952 (a)(3) and 2 | Use of Facilities in Interstate Commerce to Promote Prostitution | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(a)(1) | Conspiracy to Commit Money Laundering | 3 | Felony |
| Set 4 | 18 U.S.C. §§ 924(d)(1), 981(a)(1)(c), and 982(a)(1); 28U.S.C.§2461(c) | Criminal Forfeiture | | |