Honorable Judge Allen

My name is Si. Liu, My register # 11345-510

I think I am qualified for 821 motion.

Because I have zero criminal history.

I need assistance to file the motion to reduce my sentence!

Sincerely

Si Liu

May. 02. 2024