

Si Liu #11345-510   A2
Federal prison Camp
P.o. box. A
Alderson, WV 24910

CHARLESTON WV 250
6 MAY 2024 PM 3  L

U.S. MARSHALS INSPECTED

◇11345-510◇
Arenda Wright Allan
600 Granby ST
Norfolk, VA 23510
United States

23510-191579